**Dismissed and Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00857-CR

---

### RONALD WALKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 248th District Court
### Harris County, Texas
### Trial Court Cause No. 1351977

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated assault of a family member. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for five years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of

appeal.  *See* Tex. R. App. P. 25.2(a)(2).  The trial court's certification is included in the record on appeal.  *See* Tex. R. App. P. 25.2(d).  The record supports the trial court's certification.  *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)